DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Good Hope Health Sys. v. N.C. Dep't of Health & Human Servs.<br><br>Case Below:<br>175 N.C. App. 309 | No. 058A06 | 1. Petitioners' NOA (Dissent) (COA05-183)<br><br>2. Petitioners' PDR Under N.C.G.S. § 7A-31<br><br>3. Petitioners' PDR as to Additional Issues<br><br>4. Petitioners' PWC to Review Order of COA<br><br>5. Petitioners' PWC to Review Order of COA<br><br>6. Petitioners' Motion to Expedite Consideration | 1. ——<br><br>2. Denied (05/04/06)<br><br>3. Denied (05/04/06)<br><br>4. Denied (05/04/06)<br><br>5. Denied (05/04/06)<br><br>6. Denied (05/04/06) |
| Hair v. Melvin<br><br>Case Below:<br>175 N.C. App. 793 | No. 094P06 | Defs' (James D. Melvin, Jr., Jane H. Melvin, James D. Melvin, III, Melvin Motor Co. and Melvin Finance, Inc.) PDR Under N.C.G.S. § 7A-31 (COA05-572) | Denied (04/06/06)<br><br>**Martin, J., Brady, J., Timmons-Goodson, J., Recused** |
| Harding v. Lowe's Food Stores, Inc.<br><br>Case Below:<br>175 N.C. App. 793 | No. 150P06 | Plaintiff-Appellants' PDR Under N.C.G.S. § 7A-31 (COA05-675) | Denied (05/04/06) |
| Honacher v. Everson<br><br>Case Below:<br>176 N.C. App. 407 | No. 174P06 | 1. Defs' NOA Based Upon a Constitutional Question (COA05-719)<br><br>2. Defs' PDR Under N.C.G.S. § 7A-31 (Timely Filed)<br><br>3. Defs' Motion for Leave to Amend Petition for Discretionary Review | 1. Dismissed *Ex mero motu* (05/04/06)<br><br>2. Denied (05/04/06)<br><br>3. Allowed (05/04/06) |
| In re A.C.J. & P.A.G.S.<br><br>Case Below:<br>174 N.C. App. 625 | No. 713P05 | 1. Petitioners' (Durham County DSS & GAL) NOA Based Upon a Constitutional Question (COA05-159)<br><br>2. Petitioners' (Durham County DSS & GAL) PDR Under N.C.G.S. § 7A-31<br><br>3. Respondent's (Claretta Cook) Motion to Dismiss | 1. ——<br><br>2. Denied (04/06/06)<br><br>3. Allowed (04/06/06) |
| In re B.A.T.<br><br>Case Below:<br>174 N.C. App. 365 | No. 104P06 | Petitioner's (B.A.T.) PWC to Review Decision of COA (COA05-186) | Denied (04/06/06) |